ROY B. CANNON # 88899
LAW OFFICES OF ROY B.  CANNON
401 West A Street, Suite 1780
San Diego, CA 92101
Telephone: 619/231-1750
Facsimile:  619/231-7204
Email: roybcannon@aol.com

Attorney for Plaintiff
RAUL P. GONZALEZ

WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:   (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL P. GONZALEZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>STANDARD INSURANCE COMPANY, et al.,<br><br>           Defendants. | Case No. SA CV10-01359 JAK (RNBx)<br><br>ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>No Hearing Set or Required.<br><br>Before the Honorable John A. Kronstadt |

    The Court has considered the stipulation of the parties, Plaintiff Raul P. Gonzalez and Defendant Standard Insurance Company, requesting that the Court now dismiss this entire action with prejudice.  Pacer Doc 21.  Based on the parties' representation that their confidential settlement, previously reported to the Court

(Pacer Doc 19), has now been consummated and their joint stipulation for dismissal with prejudice, the Court now dismisses this entire action with prejudice, each party to bear, as the case may be, his or its respective fees and costs.

IT IS SO ORDERED.

Dated: August 15, 2011

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM.

Dated:  August 11, 2011

/s/Warren H. Nelson, Jr.
Warren H. Nelson, Jr.

WARREN H. NELSON, JR. # 104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

APPROVED AS TO FORM.

Dated:  August 8, 2011

/s/ Roy B. Cannon
Roy B. Cannon

ROY B. CANNON # 88899
LAW OFFICES OF ROY B.  CANNON
401 West A Street, Suite 1780
San Diego, CA 92101
Email: roybcannon@aol.com

Attorney for Plaintiff
RAUL P. GONZALEZ